THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0120-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUY V. TRAN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Huy V. Tran's motion to continue sentencing and to set an evidentiary hearing (Dkt. No. 849). This motion is noted for September 16, 2016, three days after Defendant's sentencing hearing is set to take place. (*See* Dkt. No. 793.) According, the sentencing date is hereby VACATED pending the outcome of Defendant's motion.

DATED this 6th day of September 2016.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk