THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0120-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUY TRAN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay Defendant Huy Tran's motion for compassionate release (Dkt. No. 1253). Having thoroughly considered the motion and the relevant record, the Court hereby ORDERS as follows:

1. The parties' stipulated motion to stay (Dkt. No. 1253) is GRANTED.
2. Defendant's motion for compassionate release (Dkt. No. 1249) is hereby STAYED.
3. It is further ORDERED that after consulting with Defendant, Counsel will promptly notify the Court and the Government whether an amended motion will be filed in this case. If no such motion is to be filed, the United States will have seven days from that notice in which to file its response to the pro se motion. If an amended motion is to be filed, the parties are to provide a proposed briefing schedule to the court.

MINUTE ORDER
CR15-0120-JCC
PAGE - 1

DATED this 23rd day of September 2020.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk