THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HUY TRAN,<br><br>　　　　　　Defendant. | CASE NO. CR15-0120-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on counsel's motion to withdrawn and appoint substitute counsel (Dkt. No. 1260). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. Anna Marie Tolin may withdraw as counsel for Defendant Huy Tran. The CJA Coordinator is DIRECTED to request appointment of new counsel for Defendant.

DATED this 1st day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR15-0120-JCC
PAGE - 1