THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0120-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUY V. TRAN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for reconsideration[1] (Dkt. No. 1305) of the Court's December 14, 2020 order (Dkt. No. 1297) denying his motion for compassionate release (Dkt. Nos. 1249, 1289), as well as Defendant's motion to appoint counsel (Dkt. No. 1306). "Motions for reconsideration are strongly disfavored." W.D. Wash. Local Crim. R. 12(b)(13). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.*

---

[1] Defendant styled the instant motion as a renewed motion seeking compassionate release, asking the Court to again consider the same arguments and facts considered in reaching its previous ruling, without presenting any materially changed circumstances. Accordingly, the Court views the instant motion as one seeking reconsideration of its previous ruling. *See* W.D. Wash. Local Crim. R. 12(b)(13).

MINUTE ORDER
CR15-0120-JCC
PAGE - 1

Here, Defendant asserts the Court erred in concluding that he presents a danger to the community and asks that the Court consider a letter submitted by his spouse. (*See* Dkt. Nos. 1305 at 9, 1308 at 1–2.) Defendant's motion fails to demonstrate manifest error or new facts which could not have been brought to the Court's attention earlier with reasonable diligence. *See Mohsen v. Ingram*, 2018 WL 1509076, slip op. at 1 (W.D. Wash. 2018). Accordingly, Defendant's motion for reconsideration (Dkt. No. 1305) is DENIED. Defendant's motion to appoint counsel (Dkt. No. 1306) is similarly DENIED.

DATED this 26th day of March 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk