THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0120-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUY V. TRAN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's March 27, 2021 renewed motion for reconsideration[1] (Dkt. No. 1314) of the Court's December 14, 2020 order (Dkt. No. 1297) denying his motion for a reduction in sentence (Dkt. Nos. 1249, 1289). "Motions for reconsideration are strongly disfavored." W.D. Wash. Local Crim. R. 12(b)(13). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.* Defendant's motion fails to demonstrate manifest error or

---

[1] Defendant styled the instant motion as a letter seeking reconsideration of the Court's prior rulings denying a reduction in sentence. (*See* Dkt. Nos. 1297, 1313). Accordingly, the Court views the instant motion as one seeking reconsideration of its previous ruling. *See* W.D. Wash. Local Crim. R. 12(b)(13).

MINUTE ORDER
CR15-0120-JCC
PAGE - 1

new facts which could not have been brought to the Court's attention earlier with reasonable diligence. *See Mohsen v. Ingram*, 2018 WL 1509076, slip op. at 1 (W.D. Wash. 2018). Accordingly, Defendant's motion for reconsideration (Dkt. No. 1314) is DENIED.

DATED this 30th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
